(Reap. Dec. 9529)

SAMUEL SHAPIRO & CO., INC. *v.* UNITED STATES

Entry Nos. 2914; 3075; 2851.

(Decided November 2, 1959)

*Wallace & Schwartz* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

WILSON, Judge: These appeals to reappraisement have been submitted for decision, without introducing any evidence.

There is nothing in the record before the court to overcome the presumption of correctness that attaches to the appraiser's action with respect to the value found for appraisement.

I, therefore, find and hold that the value of the merchandise herein is the value found by the appraiser.

Judgment will be entered accordingly.